# NOTICE OF APPEARANCE FOR SUBSTITUTE, ADDITIONAL, OR AMICUS COUNSEL

Short Title: Rusfeldt v. City of New York Docket No.: 25-2825

**Substitute, Additional, or Amicus Counsel's Contact Information is as follows:**


Name: Ryan Morrison

Firm: Liberty Justice Center

Address: 7500 Rialto Blvd., Suite 1-250 Austin, TX 78735

Telephone: (512) 481-4400 Fax:

E-mail: rmorrison@ljc.org


**Appearance for:** Liberty Justice Center
(party/designation)

**Select One:**

☐ Substitute counsel (replacing lead counsel: )
(name/firm)

☐ Substitute counsel (replacing other counsel: )
(name/firm)

☐ Additional counsel (co-counsel with: )
(name/firm)

☑ Amicus (in support of: Rusfeldt )
(party/designation)

## CERTIFICATION

I certify that:

☐ I am admitted to practice in this Court and, if required by Interim Local Rule 46.1(a)(2), have renewed my admission on ________ OR

☑ I applied for admission on 2/26/2026.

Signature of Counsel: [signature]

Type or Print Name: Ryan Morrison